IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| BILLY EUGENE WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No.: 1:22-CV-177 (LAG) (ALS) |
| | * |
| WILLIAM STEEDLEY, Warden, | |
| | * |
| Defendant. | |
| _____ | * |

## JUDGMENT

Pursuant to this Court's Order dated 3/31/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 31st day of March, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk